UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EREEDIUS GROSS                                CIVIL ACTION

VERSUS                                        NO. 09-3353

N. BURL CAIN, WARDEN                          SECTION "F"(2)

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Ereedius Gross for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14 day of April, 2010.

UNITED STATES DISTRICT JUDGE